Case 2:14-cv-00660-TEH Document 15 Filed 03/19/14 Page 1 of 3
2:14-mn-02502-RMG   Date Filed 03/19/14   Entry Number 31   Page 1 of 3
Case MDL No. 2502   Document 166   Filed 03/19/14   Page 1 of 3

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

A TRUE COPY
ATTEST: ROBIN L. BLUME, CLERK

BY: *Sandra S. Shealy*
DEPUTY CLERK

IN RE: LIPITOR (ATORVASTATIN CALCIUM)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION (NO. II)                    MDL No. 2502

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −7)**

On February 18, 2014, the Panel transferred 42 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, 198 additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Richard M Gergel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Gergel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of South Carolina for the reasons stated in the order of February 18, 2014, and, with the consent of that court, assigned to the Honorable Richard M Gergel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 19, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: LIPITOR (ATORVASTATIN CALCIUM)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION (NO. II)**                              MDL No. 2502

### SCHEDULE CTO−7 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| | | | |

**CALIFORNIA NORTHERN**

| | | | |
|---|---|---|---|
| CAN | 3 | 14−00660 | Casanas v. Pfizer, Inc. |
| CAN | 3 | 14−00736 | Porter v. Pfizer, Inc. |

**CONNECTICUT**

| | | | |
|---|---|---|---|
| CT | 3 | 14−00170 | Spivey et al v. Pfizer Inc. |

**IDAHO**

| | | | |
|---|---|---|---|
| ID | 2 | 14−00067 | Wright v. Pfizer Inc. |

**INDIANA SOUTHERN**

| | | | |
|---|---|---|---|
| INS | 1 | 14−00299 | HAMILTON v. PFIZER, INC. |

**IOWA SOUTHERN**

| | | | |
|---|---|---|---|
| IAS | 4 | 14−00070 | Richeson v. Pfizer Inc |

**KENTUCKY EASTERN**

| | | | |
|---|---|---|---|
| KYE | 6 | 14−00025 | Wyrick v. Pfizer Inc. |

**LOUISIANA MIDDLE**

| | | | |
|---|---|---|---|
| LAM | 3 | 14−00128 | Firmin v. Pfizer, Inc. |

**NORTH CAROLINA EASTERN**

| | | | |
|---|---|---|---|
| NCE | 5 | 14−00024 | Bass v. Pfizer Inc. |

**OHIO NORTHERN**

| | | | |
|---|---|---|---|
| OHN | 1 | 14−00401 | Wallace v. Pfizer, Inc. |

WEST VIRGINIA NORTHERN

| | | | |
|---|---|---|---|
| WVN | 5 | 14−00029 | Stevey v. Pfizer Inc. |

WEST VIRGINIA SOUTHERN

| | | | |
|---|---|---|---|
| WVS | 2 | 14−10766 | Stoneking v. Pfizer, Inc. |
| WVS | 2 | 14−10900 | Sayre v. Pfizer Inc. |
| WVS | 2 | 14−10997 | Goodson v. Pfizer Inc. |
| WVS | 2 | 14−11054 | Good v. Pfizer Inc. |
| WVS | 2 | 14−11158 | Given v. Pfizer Inc. |
| WVS | 2 | 14−11170 | Olson v. Pfizer Inc. |